JPML FORM 1A                    DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 350 -- IN RE WOMEN'S CLOTHING ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 5/30/78 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, CERTIFICATE OF SVC. -- plaintiffs Marietta Bratta, et al. and Ruth Rosin, et al. |
| | | SUGGESTED TRANSFEREE DISTRICT: |
| | | SUGGESTED TRANSFEREE JUDGE:                                (ea) |
| 6/13/78 | 2 | RESPONSE, BRIEF, CERT. OF SVC. -- plaintiffs J. Axelrod, et al., Mitzi Adis, et al., and Lois Squires.          (ea) |
| 6/13/78 | | AMENDED NOTICE OF FILING AND SERVICE -- plaintiffs Marietta Bratta, et al., and Ruth Rosin, et al.     (ea) |
| 6/15/78 | | APPEARANCES -- Virginia G. Watkin, Esq. for Bergdorf Goodman, Inc.; Sanford M. Litvack, Esq. for Genesco, Inc.; Eugene H. Gordon, Esq. for Saks & Company; Robert S. Atkins, Esq. for Marietta Bratta, et al.; Lawrence Walner, Esq. for Ruth Rosin, et al.; Hal A. Emalfarb, Esq. for Roslyn L. Tabloff, et al.; Merrill G. Davidoff, Esq. for J. Axelrod, et al.; Paul J. McMahon, Esq. for Mitzi Adis, et al.; Scott Mollen, Esq. for Lois Squires; Warren Rubin, Esq. for Sarel Kromer          (ea) |
| 6/15/78 | 3 | RESPONSE (Memorandum of Law in Opposition to Motion for Transfer) w/cert. of svc. -- Saks & Co., Genesco Inc., and Bergdorf Goodman, Inc.           (ea) |
| 6/15/78 n | 4 | RESPONSE (Memorandum of Law in Opposition to Motion to Transfer) w/cert. of svc. -- Sarel Kromer.            (ea) |
| | | ~~RESPONSE~~ ~~BRIEF~~ ~~TABLOFF~~ ~~AKXAXX~~ |
| 6/20/78 | 5 | RESPONSE/MEMORANDUM IN OPPOSITION TO TRANSFER -- Plaintiffs Tabloff, et al -- w/Exhibits 1 through 3 and Cert. of Service (cds) |
| 6/30/78 | 6 | REPLY MEMORANDUM W/CERT. OF SVC. -- Plaintiffs Bratta, et al. (ea) |
| 6/29/78 | | HEARING ORDER -- Setting A-1 through A-7 for Hearing in Los Angeles, California on July 28, 1978 (cds) |
| 7/25/78 | | HEARING APPEARANCE JULY 28, 1978<br>ROBERT S. ATKINS, ESQ. for M. Bratta, et al. and R. Rosin, et al.<br>MERRILL G. DAVIDOFF, ESQ. for J. Axelrod, et al., Mitzi Adis, et al. and Lois Squires<br>WARREN RUBIN, ESQ. for Sarel Kromer<br>EUGENE H. GORDON, ESQ. AND STANLEY L. KAY, ESQ. for All Defendants |
| 8/14/78 | | LETTER -- re Oral argument 7/28/78 from Counsel for Plaintiff Marietta Bratta, et al. (cds) |
| 8/15/78 | | LETTER -- Re: Oral Argument, dated 8/14/78 -- Stanley L. Kay, Esq. for Saks & Company.  (ea) |
| 9/8/78 | | OPINION AND ORDER -- denying consolidation of litigation.(ea |

DOCKET NO. 350 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE WOMEN'S CLOTHING ANTITRUST LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) July 28, 1978

Consolidation Ordered _____    Consolidation Denied 9/8/78

Opinion and/or Order 9/8/78

Citation _____

Transferee District _____    Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Marietta Bratta, et al. v. Saks & Co., et al. | N.D.IL. ~~Bauer~~ / Kirkland | 74C-3513 | | | | 9/8/78 Denied |
| A-2 | Ruth Rosin, et al. v. Saks & Co., et al. | N.D.IL. Kirkland | 76C-3662 | | | | 9/8/78 Denied |
| A-3 | Roslyn L. Tabloff, et al. v. Saks & Co., et al. | N.D.IL. Kirkland | 77C-4309 | | | | 9/8/78 Denied |
| A-4 | J. Axelrod, et al. v. Saks & Co., et al. | E.D.PA. Luongo | 76C-3805 | | | | 9/8/78 Denied |
| A-5 | Mitzi Adis, et al. v. Saks & Co., et al. | E.D.PA Luongo | 76-4011 | | | | 9/8/78 Denied |
| A-6 | Lois Squires v. Barrie Sommerfield, et al. | E.D.PA. Luongo | 77-172 | | | | 9/8/78 Denied |
| A-7 | Sarel Kromer v. Saks & Co., et al. | S.D.N.Y. Gagliardi | 77-Civ.2914 | | | | 9/8/78 Denied |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 350 -- IN RE WOMEN'S CLOTHING ANTITRUST LITIGATION

✓✓ BERGDORF GOODMAN, INC.
   Virginia G. Watkin, Esq.
   Covington & Burling
   888 Sixteenth Street, N.W.
   Washington, D.C.  20006

✓ GENESCO, INC.
   Sanford M. Litvack, Esq.
   Donovan, Leisure, Newton & Irvine
   30 Rockefeller Plaza
   New York, New York  10020

✓✓ SAKS & COMPANY
   Eugene H. Gordon, Esq.
   Solinger & Gordon
   250 Park Avenue
   New York, New York  10017

✓ MARIETTA BRATTA, ET AL. (A-1)
   Robert S. Atkins, Esq.
   Freeman, Atkins & Coleman, Ltd.
   100 West Monroe, 21st Floor
   Chicago, Illinois  60603

✓ RUTH ROSIN, ET AL. (A-2)
   Lawrence Walner, Esq.
   Lawrence Walner & Associates, Ltd.
   200 East Randolph
   Chicago, Illinois  60601

✓ ROSLYN L. TABLOFF, ET AL. (A-3)
   Hal A. Emalfarb, Esq.
   Emalfarb & Associates
   Suite 2014
   221 N. LaSalle Street
   Chicago, Illinois  60601

✓ J. AXELROD, ET AL. (A-4)
   Merrill G. Davidoff, Esq.
   Berger & Montague, P.C.
   1622 Locust Street
   Philadelphia, Pa.  19103

✓ MITZI ADIS, ET AL. (A-5)
   Paul J. McMahon, Esq.
   Barrack, Rodos & McMahon
   2000 Market Street
   Philadelphia, Pa.  19103

✓ LOIS SQUIRES (A-6)
   Scott Mollen, Esq.
   Lipsig, Sullivan, Mollen
     and Liapakis
   100 Church Street
   New York, New York  10007

✓ SAREL KROMER (A-7)
   Warren Rubin, Esq.
   Gross & Sklar, P.C.
   1630 Locust Street
   Philadelphia, Pa.  19103

BARRIE SOMMERFIELD
LEONARD HANKIN
ANDREW GOODMAN
JOHN MERRICK
MERRICK RETAIL REPORTS, INC.
CARTER HAWLEY HALE STORES, INC.
No Attorneys or addresses for
the above defendants have been
determined

JPML FORM 3

p. _1_

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 350 -- IN RE WOMEN'S CLOTHING ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Saks & Co. | A-1, A-2, A-3, A-4, A-5, A-6, A-7 |
| Bergdorf Goodman, Inc. | A-1, A-2, A-3, A-4, A-5, A-6, A-7 |
| Genesco, Inc. d/b/a Bonwit Teller | A-1, A-2, A-3, A-4, A-5, A-6, A-7 |
| Barrie Sommerfield | A-6 |
| Leonard Hankin | A-6 |
| Andrew Goodman | A-6 |
| John Merrick | A-6 |
| Merrick Retail Reports, Inc. | A-6 |
| Carter Hawley Hale Stores, Inc. | A-6 |